**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONWIDE JUDGMENT RECOVERY, INC., <br><br> Plaintiff <br><br> v. <br><br> TOM WOODWARD, <br><br> Defendant | Case No.: 2:23-cv-01600-APG-DJA <br><br> **Order to Show Cause Why This Case Should Not Be Dismissed or Administratively Closed** |

This case was initiated in 2021 when then-plaintiff Matthew Orso registered a foreign judgment. ECF No. 1. Orso obtained a writ of execution in 2021. ECF No. 3. Nothing happened thereafter until fall 2023, when Nationwide Judgment Recovery, Inc. sought a second writ of execution. ECF No. 5. That was denied because Nationwide was not the plaintiff and Nationwide presented no evidence that it was Orso's assignee. ECF No. 10. Nationwide moved to substitute itself for Orso as plaintiff, which was granted. ECF Nos. 11, 13.

In May 2024, Nationwide filed a second motion for writ of execution, but that was denied in June 2024 because the first page of the writ execution listed the judgment being against someone other than the defendant in this case. ECF Nos. 15, 16. Nationwide has taken no action to correct the identified deficiency, nor has it taken any other action in this case since then. This case has been pending for three years with little to no activity.

/ / / /

/ / / /

/ / / /

/ / / /

I THEREFORE ORDER that by September 27, 2024, plaintiff Nationwide Judgment Recovery, Inc. shall show cause why this case should not be administratively closed or dismissed for failure to prosecute. Failure to respond to this order by that date will result in this case being dismissed without prejudice.

DATED this 23rd day of September, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE