**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONWIDE JUDGMENT RECOVERY, INC., <br><br> Plaintiff <br><br> v. <br><br> TOM WOODWARD, <br><br> Defendant | Case No.: 2:23-cv-01600-APG-DJA <br><br> **Order Dismissing Case** |

I previously ordered plaintiff Nationwide Judgment Recovery, Inc. to show cause why this case should not be administratively closed or dismissed for failure to prosecute. ECF No. 17. I advised Nationwide that failure to respond to that order by September 27, 2024 will result in this case being dismissed without prejudice. *Id.* Nationwide did not respond.

I THEREFORE ORDER that this case is dismissed without prejudice. The clerk of court is instructed to close this case.

DATED this 2nd day of October, 2024.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE